UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------- X

**IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

3:09-md-02100-DRH-PMF

MDL No. 2100

----------------------------------------------------------

*Birdine v. Bayer Schering Pharma AG et al*
No. 3:10-cv-10870-DRH-PMF

*Camp v. Bayer Healthcare Pharmaceuticals Inc et al* No. 3:11-cv-10541-DRH-PMF

*Tipton v. Bayer Healthcare Pharmaceuticals Inc et al* No. 3:11-cv-10555-DRH-PMF

**Judge David R. Herndon**

**ORDER**

## ORDER REGARDING MOTION FOR LEAVE TO WITHDRAW

**HERNDON, Chief Judge:**

The Kirk Law Firm and Aaronson and Rash, via movants Dana G. Kirk and Chad Aaronson, seek leave to file motions to withdraw as counsel of record for the above captioned plaintiffs. The Court treats the motions as motions for leave to withdraw as counsel of record (leave to *file* such motions is not required). As a preliminary matter, the Court notes the following:

- Individual attorneys and not law firms represent parties in federal court.
- Dana Gareth Kirk of the Kirk Law Firm, Lori Siler Restaino of the Restaino Law Firm, and John M. Restaino, Jr. of the Restaino Law Firm (John Restaino is counsel of record for the plaintiffs in *Camp*

and *Tipton* only) are the only attorneys of record for the above captioned plaintiffs.[1]

- Movant Chad Aaronson is not counsel of record for any of the plaintiffs. No attorney associated with the Aaronson and Rash law firm has entered an appearance on behalf of any of the above captioned plaintiffs.

- The motion to withdraw is not filed on behalf of John Restaino or Lori Siler Restaino of the Restaino Law Firm.

In light of the above and after considering the motions to withdraw, the Court finds that the requirements of Local Rule 83.1 and of the applicable provisions of the Rules of Professional Conduct pertaining to withdrawal of counsel have been satisfied with regard to Dana Gareth Kirk of the Kirk Law Firm.

**The Court therefore ORDERS as follows**:

The motion to withdraw as counsel of record for the above captioned plaintiffs is **GRANTED** as to **attorney Dana Gareth Kirk**. **Dana Gareth Kirk is terminated as counsel of record for the above captioned plaintiffs**.

**Further,** the Court **ORDERS Dana Gareth Kirk** as follows:

1. The Court directs **Dana Gareth Kirk** to serve a copy of this order of withdrawal within 7 days upon all counsel of record and upon unrepresented parties as required by Local Rule 83.1.

2. **Supplementary Entry of Appearance:** Should plaintiffs choose to continue pursuing this action, plaintiffs or their new counsel **must file a**

---

[1] Attorneys Mark R. Niemeyer, Michael S. Burg, Michael A. London, and Roger C. Denton are identified on the docket as counsel for the plaintiffs in their capacity as lead and liaison counsel for MDL 2100 only.

    **supplementary entry of appearance within 21 days of the entry of this Order**.

3. **Plaintiff Fact Sheet Extension**:   There is no indication that a Plaintiff Fact Sheet Extension is warranted or necessary.

4. **If plaintiffs or their new counsel fail to file a supplementary entry of appearance within 21 days of the entry of this Order, plaintiffs' actions will be subject to dismissal without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with the orders of this Court including failure to comply with the Plaintiff Fact Sheet requirements**.

**Further,** To the extent that the motion seeks withdrawal on behalf of **Chad Aaronson or an attorney associated with the Aaronson and Rash Law Firm, the motion is denied as unnecessary**. Neither Chad Aaronson or any attorney associated with the Aaronson and Rash Law Firm is identified as counsel of record for any of the above captioned plaintiffs.

**Finally,** no motion to withdraw has been filed on behalf of John Restaino or Lori Siler Restaino. Accordingly, **John Restaino continues as counsel of record in the *Camp* and *Timpton* matters and Lori Siler Restaino continues as counsel of record for all of the above captioned matters**.

    SO ORDERED:

Digitally signed by
David R. Herndon
Date: 2013.07.30
11:59:03 -05'00'

**Chief Judge**                                                 Date:  July 30, 2013
**United States District Court**